below she brought this action and secured a judgment in the sum of $2,000. To that judgment defendant took writ of error.

It is contended here that plaintiff did not sustain the burden of proving by a preponderance of the evidence that the street cars were negligently operated, that the damages awarded were excessive, and that the trial court committed error in refusing to strike the testimony of certain expert witnesses.

We have examined the record and do not think the evidence which plaintiff sought to strike was harmful. There was some evidence to support negligence and damages but on the whole showing made the personal injuries received were of minor character for which the damages awarded were excessive. If the plaintiff will enter a remittitur in the sum of $1,500.00 the judgment will be permitted to stand for the balance, otherwise the cause is reversed for a new trial.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur in the opinion and judgment.

CITIZENS STATE BANK, a corporation, *Plaintiff in Error*, vs. LYDIA PORTER, joined by her husband, G. W. PORTER, *Defendant in Error*.

141 So. 893.

En Banc.

Decision filed July 5, 1932.

*Carter & Pierce*, for Plaintiff in Error;

No appearance for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel

for the respective parties, and the record having been seen and inspected and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.

CARROLL DUNSCOMBE, *Plaintiff in Error,* vs. O. NOBLES, as Receiver of the Stuart Bank & Trust Company, a corporation, *Defendant in Error.*

141 So. 893.

Decision filed July 5, 1932.

Petition for rehearing denied August 8, 1932.

*T. T. Oughterson* and *D. C. Smith,* of Stuart, for Plaintiff in Error;

*Smith & Kanner,* of Stuart, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment. It is therefore considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

BUFORD, C.J. AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.